OCT 18 2019

CLERK U.S. ... COURT
RICHMOND VA

USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the _____ DISTRICT OF Connecticut/ED VA.

UNITED STATES OF AMERICA

v.

Michael A. Stevens

CRIMINAL NUMBER: CT docket no.
3:19-mj-00776-DFM-1
ED VA docket no: 3:19 cr 30

Consent to Transfer of Case for Plea
and Sentence
(Under Rule 20)

I, Michael A. Stevens, defendant, have been informed that an (indictment, ~~information~~, ~~complaint~~) is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the _____ District of Connecticut in which I, am held, arrested, ~~(am under arrest, am held)~~ and to waive trial in the above captioned District.

Dated: July 23, 2019 at Hartford

Michael Stev_____
(Defendant)

_____ Jeremiah Donovan
(Witness)

_____ Jeremiah Donovan
(Counsel for Defendants)

_____ Michael J. Gustafson
(Assistant United States Attorney)

Approved

Leonard C Boyle

_____, First Asst.
United States Attorney for the
District of
Connecticut

G. Z_____
United States Attorney for the
Eastern District of
Virginia



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 3:19CR **030** |
| | ) | |
| MELIEK GARLAND, | ) | Conspiracy to Falsely Make, |
| (Counts 1, 2, 4) | ) | Forge, Counterfeit and |
| | ) | Pass Federal Reserve |
| DYMOND ALEXUS VAUGHN, | ) | Notes |
| (Counts 1, 2, 4) | ) | 18 USC § 371 |
| | ) | (Count One) |
| CHADWADE CHAMBERS, | ) | |
| a.k.a. "Yardi," | ) | |
| (Counts 1, 2, 3, 4, 5) | ) | Possess, Conceal, Pass, Utter, |
| | ) | and Sell Counterfeit |
| ALMA SMITH, | ) | Federal Reserve Notes |
| (Counts 1, 2, 4) | ) | 18 USC § 472 |
| | ) | (Counts Two - Five) |
| and, | ) | |
| | ) | |
| MICHAEL ANTHONY STEVENS, | ) | |
| (Counts 1, 4, 5) | ) | |
| | ) | |
| Defendants. | ) | |

**FEBRUARY 2019 TERM – AT RICHMOND**

**CRIMINAL INDICTMENT**

**THE GRAND JURY CHARGES THAT:**

1

## COUNT ONE
(Conspiracy to Falsely Make, Forge, Counterfeit and Pass Federal Reserve Notes)

1. From in or before January 2019, continuing up through and including February 2019, in the Eastern District of Virginia, and within the jurisdiction of this Court, and elsewhere, the defendants, MELIEK GARLAND, DYMOND ALEXUS VAUGHN, CHADWADE CHAMBERS, a.k.a. "Yardi," ALMA SMITH, and, MICHAEL ANTHONY STEVENS, did knowingly and unlawfully, combine, conspire, confederate, and agree among themselves and with others, known and unknown, to:

    a. falsely make, counterfeit, and forge obligations of the United States, to wit: Federal Reserve Notes in denominations of fifty dollars in violation of Title 18, United States Code, Section 471;

    b. with the intent to defraud, possess, pass, utter, publish, and sell falsely make, forge, counterfeit, and alter obligations of the United States, and attempt to do so, to wit: Federal Reserve Notes in denominations of fifty dollars, in violation of Title 18, United States Code, Section 472 and,

    c. buy, sell, exchange, transfer, receive and deliver false, forged, counterfeited and altered obligations of the United States, to wit: Federal Reserve Notes in denominations of fifty dollars, with the intent that the same be passed, published and used as true and genuine, in violation of Title 18, United States Code, Section 473.

(In violation of Title 18, United States Code, Section 371).

## COUNTS TWO - FIVE
(Possess, Conceal, Pass, Utter, and Sell Counterfeit Federal Reserve Notes)

2. On or about the following dates, in the following locations, in the Eastern District of Virginia, and within the jurisdiction of this Court, the specified defendant(s), with intent to defraud, did knowingly keep in possession, conceal, pass, utter, publish, and sell falsely made, forged, counterfeited, and altered obligations of the United States, as specified below, and attempt to do so:

| COUNT | DATE | DEFENDANTS | LOCATION / ITEM(S) |
| --- | --- | --- | --- |
| 2 | January 16, 2019 | MELIEK GARLAND, Chadwade Chambers, Alma Smith, Dymond Alexus Vaughn | Walmart 1800 Carl D. Silver Pkwy Fredericksburg, VA counterfeit $50 Federal Reserve Notes |
| 3 | January 16, 2019 | Chadwade Chambers | American Eagle Outfitters Spotsylvania Mall Fredericksburg VA counterfeit $50 Federal Reserve Notes |
| 4 | January 17, 2019 | MELIEK GARLAND, Michael Anthony Stevens, Chadwade Chambers, Alma Smith, Dymond Alexus Vaughn | Best Western 7007 West Broad Street Richmond, VA counterfeit $50 Federal Reserve Notes |
| 5 | January 22, 2019 | Chadwade Chambers, Michael Anthony Stevens | American Eagle Outfitters Spotsylvania Mall Fredericksburg VA counterfeit $50 Federal Reserve Notes |

(In violation of Title 18, United States Code, Sections 2 and 472).

## FORFEITURE ALLEGATION

Pursuant to Rule 32.2(a) Fed. R. Crim. P., the defendants are hereby notified that if convicted of any of the offenses charged in Counts Two through Sixteen of this Indictment, they shall forfeit any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of the offenses charged; and all counterfeits of any coins or obligations or other securities of the United States or of any foreign government, or any articles, devices, and other things made, possessed, or used in violation of the offenses charged, or any material or apparatus used or fitted or intended to be used, in the making of such counterfeits, articles, devices or things, found in their possession.

Property subject to forfeiture includes, but is not limited to:

$1,700.00 in U.S. Currency.

If the property subject to forfeiture cannot be located, the United States will seek an order forfeiting substitute assets.

(In accordance with Title 18, United States Code, Section 982(a)(2)(B) and Title 18, United States Code, Section 492, incorporated by Title 28, United States Code, Section 2461(c)).

A TRUE BILL:

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

_____
FOREPERSON

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
     S. David Schiller
     Assistant United States Attorney

5

# U.S. District Court
# Eastern District of Virginia – (Richmond)
# CRIMINAL DOCKET FOR CASE #: 3:19–cr–00030–JAG–5

Case title: USA v. Garland et al

Date Filed: 02/21/2019
Date Terminated: 10/18/2019

Assigned to: District Judge John A. Gibney, Jr

**Defendant (5)**

**Michael Anthony Stevens**
*TERMINATED: 10/18/2019*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:371; CONSPIRACY TO FALSELY MAKE, FORGE, COUNTERFEIT AND PASS FEDERAL RESERVE NOTES (1) | Rule 20 Transfer to the District of Connecticut at New Haven |
| 18:2 and 472; in accordance with 18:982(a)(2)(B) and 18:492, incorporated by 28:2461(c); POSSESS, CONCEAL, PASS, UTTER, AND SELL COUNTERFEIT FEDERAL RESERVE NOTES; FORFEITURE ALLEGATION (4–5) | Rule 20 Transfer to the District of Connecticut at New Haven |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**  represented by **S. David Schiller**
Office of the U.S. Attorney
SunTrust Building
919 East Main Street

Suite 1900
Richmond, VA 23219
(804) 819–5400
Email: david.schiller@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/21/2019 | 1 | 5 | INDICTMENT as to Meliek Garland (1) count(s) 1, 2, 4, Dymond Alexus Vaughn (2) count(s) 1, 2, 4, Chadwade Chambers (3) count(s) 1, 2, 3–5, Alma Smith (4) count(s) 1, 2, 4, Michael Anthony Stevens (5) count(s) 1, 4–5. (smej, ) (Entered: 02/22/2019) |
| 02/21/2019 | 7 | | Minute Entry as to Meliek Garland, Dymond Alexus Vaughn, Chadwade Chambers, Alma Smith, and Michael Anthony Stevens : Before Magistrate Judge David J. Novak. Appearances: S. David Schiller, AUSA and Camron F. Jordan, GJR. Indictment, a true bill issuance of an arrest warrant heard and so–ordered. (smej, ) (Entered: 02/22/2019) |
| 02/22/2019 | 12 | | Arrest Warrant Issued as detainer in case as to Michael Anthony Stevens. (Clerk hand–delivered warrants to USMS) (smej, ) (Entered: 02/22/2019) |
| 10/18/2019 | 100 | 3 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to the District of Connecticut at New Haven. Counts closed as to Michael Anthony Stevens (5) Counts 1 and 4–5. (Attachment: # 1 Letter from the Clerk). (sbea, ) (Entered: 10/18/2019) |