To Whom it May concern:

My name is Cynthia Reed, I have known Michael Stevens for about 7 years now. He is a great person, Father, Brother, uncle, friend and ect. He is very Respectable. He always lived with mother and 4 other sibling's. I Recomand Michael Stevens for a position at Mcdonald's and he was very hard working person. Even getting a promition to manager. Michael Stevens is very well missed upon his work staff and friend's due to this minor set back. If Michael Stevens is Release I will see to it that he upkeep his diligent duties.

If you have any concern's are question please contact MC @ 646-399-1202.

Thank you
Cynthia Reed

2 May 2020

Cheryl Hilton
390 Eastern Parkway #6G
11225, Brooklyn
NY, USA

Mob: (404) 933 5612
Home: (718) 756 0971

**Re: Character Reference Letter – Michael Stevens**

To Whom It May Concern,

It is an honour to provide a character reference for Michael Stevens aka 'Junior'.

Junior's uncle, Mark Hilton, and I have been in a stable relationship for 16 years and we have been married for 10 of these years. Junior affectionately knows me as 'Aunty Anne'.

I have had the pleasure of knowing Junior since he was approximately eight years old. As a child Junior was very quiet and extremely respectful, and has demonstrated the same personable attributes as an adult.

When Junior became a father I was very impressed with how he took on his various new responsibilities associated with being a first-time parent. These include dropping off and picking up his daughter from daycare each day, taking time off work when there was no one else to watch his child, and being attentive to the needs of the mother of his child. I can personally vouch that Junior is committed to being the best father he can be.

In addition to his child and the mother of his child, I have observed first-hand how respectful and loving he is to all his family members, especially his grandmother whom he loves dearly.

Junior is truly a wonderful person and I cannot speak highly enough of him. I would be more than happy to give further information and background to support Junior's case. Please do not hesitate to get in contact via my details on this letter if you should require additional information or evidence for Junior's excellent character.

Kind Regards,

Cheryl Hilton

May 6 2020
Naasia Robinson
16 Franklin St
Delhi NY 13753
929-308-8283

To whom it May Concern
On Friday Feb 21, at around 10:30 pm My friend Michael Stevens and 3 of My other friends Came up from New York City to visit Me.
I go to Delhi University D Reside at 16 Franklin St michael and my other friends Spend the night and leave at around 11 am on Saturday Feb 22.
Five minutes after leaving my house I got a call that the Campus police stop Michael. I was asking them why he stop them and he said that he didn't know because he was sleeping when the car got pulled over. They search him and didn't find anything on him. they arrest everyone in the Car due to the fact that no one take Responsibility for the Car OR it's contants.
Michael was Released on Saturday and headed back Home to NYC.

yours truly
Na Robinson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE:
DONALD W. WYATT DETENTION FACILITY           20-mc-00004

STATUS REPORT (June 11, 2020)

| Detainees at the Facility | TOTAL: | 498 |
|---|---|---|
| | (% capacity) | 65% |
| | USMS | 455 |
| | ICE | 37 |
| | Navy, Tribal, BOP | 6 |

| Cumulative number of detainees tested[1] | TOTAL: | 947 |
|---|---|---|
| | Negative tests | 583 |
| | Pending tests | 311 |
| | Positive tests | 53 |
| | Cleared | 23 |
| | Discharged | 5 |
| | Active cases | 25 |
| | (ICE) | 0 |
| | (non-ICE) | 25 |

| Cumulative number of staff tested (as self-reported by staff) | TOTAL: | 352 |
|---|---|---|
| | Negative tests | 332 |
| | Pending tests | 5 |
| | Positive tests | 15 |
| | Cleared | 10 |
| | Active cases | 5 |

| | | |
|---|---|---|
| All efforts undertaken to mitigate the spread of COVID-19 | See Attachment | A |
| All efforts undertaken to mitigate the spread of COVID-19 in light of a positive test | See Attachments | A & C |
| Protocols for screening and testing of detainees, staff, and others entering or leaving the Facility | See Attachments | A & B |
| Changes from Attachment A on prior Status Report, if any | See Attachment | C |

Respectfully Submitted,            /s/ *Daniel W. Martin*
                                   Daniel W. Martin, Warden, Donald W. Wyatt
                                   Detention Facility

---

[1] As of the week of May 4, 2020, and per the advice of the Rhode Island Department of Health (RIDOH), the Facility will be re-testing detainees who previously tested positive for COVID-19 before transferring them to the general population. In the chart above, these positive detainees who subsequently test negative are referred to as "Cleared." "Discharged" refers to detainees who once tested positive for COVID-19 but are no longer in the Facility. Also, note that some detainees have been tested more than once per RIDOH's guidance.

## MIRANDA WARNING
### -WARNING AS TO YOUR RIGHTS-

You must understand your rights before we ask you any questions.

You have the right to remain silent.

Anything you say can and will be used against you in a court of law.

You have the right to talk to a lawyer and have him present with you while you are being questioned.

If you cannot afford to hire a lawyer, one will be appointed to represent you before any questioning, if you wish.

You can decide at any time to stop the questioning and not answer any questions or make any statements.

### WAIVER

Do you understand your rights?

Are you willing to waive these rights and talk to us?

Signature of advisee: *Michael [signature]*
Time: 6:36   Date: 5/7/19
Signature of official: *[signature]*
Signature of witness: *[signature]*

UNITED STATES SECRET SERVICE
This form was electronically produced via Omniform via USSS/ADMIN/MNO/PARS

SSF 1737B (Rev. 03/2006)

## ADVERTENCIA – MIRANDA
### -AVISO DE SUS DERECHOS-

Usted tiene que entender sus derechos antes de contestar a nuestras preguntas.

Usted tiene el derecho de permanecer callado o en silencio.

Cualquier cosa que usted diga puede ser usada y se usará en contra suya en corte o cualquier otro proceso legal.

Usted tiene el derecho de consultar un abogado y tenerlo presente mientras le interrogamos.

Si usted no puede pagar y desea un abogado, se le asignará uno antes de ser interrogado.

En cualquier momento usted puede decidir parar al interrogatorio y no contestar ninguna pregunta o hacer una declaración.

### RENUNCIA DE DERECHOS

¿Entiende usted sus derechos?

¿Está usted dispuesto a renunciar estos derechos y hablar con nosotros?

Firma de Advisee en la línea: _____
Hora: _____   Fecha: _____
Firma del funcionario: _____
Firma del testigo: _____

UNITED STATES SECRET SERVICE
This form was electronically produced via Omniform via USSS/ADMIN/MNO/PARS

SSF 1737C (Rev. 03/2006)

AFFIDAVIT

United States of America

District of Connecticut          File No. 107-735-25406

I Michael A Stevens Jr, stated that I have been advised by SA Ferguson, United States Secret Service, that under the provisions of the Constitution I have certain rights: The absolute right to remain silent, and that anything I say can be used against me in the court of law or any other proceedings; that I have the right to consult with an attorney before answering any questions or making any statements, and that if I cannot afford an attorney and want one, that one can be appointed for me before I say anything; and if I decide to make any statements now, without an attorney present, I have the right to stop the questioning at any time.

Knowing and understanding these rights, I hereby make the following statement:

When I was in Virginia with my co defendants I was not yet involved with counterfit money. when I came back to NY I had the equipment to make the money. I went to VA so I can get a lease signed. I moved to far Rocaway. I lost my job at mcdonalds and I had no money. So I took what was left from my co defendents to make a quick buck. To buy food, clothes, and stuff for my daughter. I havent been making money IdK know how I was trying to teach myself. I came to Ct and passed the money for gas, food whenever I was broke. I gave couple bills to a friend. I bought some gift cards at a CVS before. I don't wake up everyday trying to set off fake money. I only touched it when I was in need of money. I am truly sorry for what I did. It was a big mistake. I didnt mean to hurt anyone. I went to dick sporting goods, numerous fast food Reasturant, numerous gas stations. a couple CVS's

I came ~~to get the equipment~~ 007 when K.D my brothers friend ~~s~~ had got locked up. He left the equipment ~~with~~ at my house ~~!~~. Then my brother melick got locked up in virginia for possesion ~~of~~ counterfit money. When I came back to NY. aving no money took a toll on me so I had the ~~stupid~~ stupid Idea of cutting some ~~of~~ the money that was left to make a quick buck.

I have read the foregoing statement consisting of __2__ page(s). I have been given an opportunity to make corrections. I fully understand this statement and it is true and correct to the best of my knowledge.

I made this statement freely and voluntarily, without any threats, rewards or promises of immunity in return for it.

Subscribed and sworn to before
me this day __5/8__, 20__19__,
at __7:50 AM__.

_Michael St_____
Signature

__Special Agent U.S. Secret Service__   Authority to Administer Oath:
Title                                    Section 303, Title 5, U.S.C.

Witnessed:
_____