UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : docket no. 3:19-MJ-776 (RAR) |
| | : |
| MICHAEL STEVENS, | : June 13, 2020 |
| Defendant. | |

## CERTIFICATION OF SERVICE

I hereby certify that on the date set forth above, a copy of foregoing Defendant's Sentencing Memorandum was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. (In this case, there are no such persons.) Parties may access this filing through the Court's CM/ECF System.

                                                                          s/s
                                                   JEREMIAH DONOVAN